

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00873-CR

Waylin Lee **WIEDENFELD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 10-1207-CR
Honorable Gary L. Steel, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the motion to withdraw is GRANTED and the trial court's judgment is AFFIRMED AS MODIFIED. Specifically, we order the nunc pro nunc judgment modified to reflect the imposition of $1,000.00 in fines. We further order the trial court to amend its withdrawal notification in accordance with the modified judgment.

SIGNED November 5, 2014.

Marialyn Barnard, Justice